UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOUIE ANTHONY MARTUCCI,

    Plaintiff,

v.      CASE NO.: 5:17-cv-242-Oc-32PRL

ARINDEL FARMS, LLC, and
ALAN COHEN,

    Defendants.
_____/

## WAGE THEFT COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LOUIE ANTHONY MARTUCCI ("Plaintiff"), on behalf of himself and others similarly situated, hereby sues the Defendants, ARINDEL FARMS, LLC and ALAN COHEN ("Defendants") and alleges as follows:

### JURISDICTION, VENUE AND PARTIES

1. This is an action brought under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"). Accordingly, this Court has subject-matter jurisdiction.

2. Venue is proper within the Middle District of Florida because a substantial part of the events giving rise to this claim arose here.

3. At all times material, Plaintiff was/is a resident of Levy County, Florida.

4. At all times material, Defendant, ARINDEL FARMS, LLC, was/is a Florida Profit Limited Liability Company authorized to conduct business in the State of Florida, with its principal place of business at 8250 SW 27th Ave, Ocala, FL 34476.

5. Defendant Cohen is the President and Chief Executive Officer of ARINDEL FARMS, LLC. In that position, Cohen exercises significant control over the company's operations, has the power to hire and fire employees, the power to determine salaries, the responsibility to maintain employment records and has operational control over significant aspects of the company's day-to-day functions.

## GENERAL ALLEGATIONS

6. Defendants are employers as defined by the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b), *et seq.* ("FLSA").

7. At all material times, Defendants were an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

8. During at least one of the relevant years, Defendants had an annual dollar volume of sales or business of at least $500,000.

9. Plaintiff was employed by Defendants from March 8, 2016 to February 8, 2017 as a track maintenance employee.

10. While employed by Defendants, Plaintiff engaged in commerce or in the production of goods for commerce.

11. This action is brought under the FLSA to recover unpaid overtime compensation owed to Plaintiff.

12. Plaintiff was an employee of Defendants under the FLSA.

13. Defendants failed to comply with the FLSA because Plaintiff regularly required to work in excess of forty (40) hours a workweek but was not paid overtime compensation as required by the FLSA.

14. Defendants failed to keep accurate time records as required by the FLSA. Accordingly, Plaintiff is required to provide only a reasonable approximation of the number of overtime hours worked for which compensation is owed, which is presumed correct. The burden then shifts to the Defendants to overcome this presumption. *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687-88 (1946).

15. Defendants' violations of the FLSA were knowing, willful and in reckless disregard of the rights of Plaintiff and all other similarly situated.

16. Plaintiff has been required to retain the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

## COUNT I
## OVERTIME – FLSA

17. Plaintiff hereby incorporates by reference the allegations contained in Paragraphs 1 to 16 as if fully restated herein.

18. During the three (3) year period prior to filing this action, Defendants failed to pay Plaintiff overtime compensation for hours worked over forty (40) in a workweek.

19. Defendants' failure to pay Plaintiff overtime compensation for hours worked over forty (40) in any workweek constitutes a violation of the FLSA, 29 U.S.C. § 207.

20. Defendants' violations of the FLSA were knowing, willful and in reckless disregard of the rights of Plaintiff and all other similarly situated.

**WHEREFORE**, Plaintiff respectfully requests this Court issue an Order

against Defendants ARINDEL FARMS, LLC and ALAN COHEN awarding damages in the amount of the unpaid overtime compensation owed, awarding liquidated damages pursuant to 29 U.S.C. § 216(b), awarding reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b), and awarding all such other relief as the Court deems just and appropriate.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues.

**DATED** this 24th day of May, 2017.

> Respectfully submitted,
> **WHITTEL & MELTON, LLC**
> /s/ *Jay P. Lechner*
> Jay P. Lechner, Esq.
> Florida Bar No.: 0504351
> Jason M. Melton, Esq.
> Florida Bar No.: 605034
> One Progress Plaza
> 200 Central Avenue, #400
> St. Petersburg, Florida 33701
> Telephone: (727) 822-1111
> Facsimile: (727) 898-2001
> Service Email:
>   Pleadings@theFLlawfirm.com
>   lechnerj@theFLlawfirm.com
>   kmoran@theFLlawfirm.com
> *Attorneys for Plaintiffs*